UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RAYMOND PAYTON (#107479) | DOCKET NO. 14-CV-959; SEC. P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| CEO, CORRECTIONS CORPORATION OF AMERICA | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint be **DENIED AND DISMISSED** with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B) and §1915A, as it is frivolous and fails to state a claim for which relief can be granted.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 2 day of January, 2015.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE